IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE PASTOR MAGANA<br><br>　　　　　Defendant. | CR NO: 1:01-CR-5196 LJO |

FILED
NOV 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee: JOSE PASTOR MAGANA
Detained at: Bob Wiley Detention Facility

Detainee is:
　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　charging detainee with: 21 U.S.C. §846(a)(1) – Conspiracy to Manufacture Meth
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Kevin P. Rooney
Printed Name & Phone No: KEVIN P. ROONEY
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/2/15　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 13-00043218 | DOB: | 10/24/80 |
| Facility Address: | 36714 Road 112, Visalia, CA | Race: | HISPANIC |
| Facility Phone: | (559) 735-1700 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____　　　　_____
　　　　　　　　　　　　　　　　　　(signature)