**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE PASTOR MAGANA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PASTOR MAGANA,<br><br>Defendant. | Case No.: 1:01-CR-05196-LJO<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARING**<br><br>Date: **July 25, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Motion Hearing on July 25, 2016, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the Motion Hearing to **September 26, 2016, at 10:30 a.m.** Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Both counsel agree that on September 26, 2016, an admission will be given to the court or the actual contested hearing on the petition will take place.

    c. The government does not object to the continuance.

///

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
| DATED: July 22, 2016 | By: | */s/Kevin P. Rooney* |
|   |   | KEVIN P. ROONEY |
|   |   | Assistant United States Attorney |
|   |   |   |
|   | Respectfully submitted, |   |
| DATED: July 22, 2016 | By: | */s/Anthony P. Capozzi* |
|   |   | ANTHONY P. CAPOZZI |
|   |   | Attorney for Defendant JOSE PASTOR MAGANA |

### **ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

**T**he Motion Hearing currently scheduled for July 25, 2016, at 8:30 a.m. is continued to **September 26, 2016, at 10:30 a.m.   Defense counsel must advise the Government at least five days prior whether or not the contested hearing is going forward (vs admission).**

IT IS SO ORDERED.

Dated:   **July 22, 2016**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE