**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE PASTOR MAGANA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:01-CR-05196-LJO |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING** |
| v. | |
| JOSE PASTOR MAGANA, | Date: **December 5, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Sentencing on December 5, 2016, at 8:30 a.m.

2. By this stipulation, Defendant now moves to continue the Sentencing to **January 23, 2017, at 8:30 a.m.** Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. On September 26, 2016, Defendant admitted to Charge 1 of the violation petition.

    b. Probation Officer Yasmin Villegas emailed the Defendant's Dispositional Memorandum on Wednesday, November 30, 2016, but was scheduled to

1  be out of the office until Thursday, December 1, 2016.

2      c.    Defense counsel requires additional time to conduct further investigation and research into the recommendation made by Probation.

4      d.    The government does not object to the continuance.

Respectfully submitted,

DATED: December 1, 2016  By: */s/Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney

Respectfully submitted,

DATED: December 1, 2016  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSE PASTOR MAGANA

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

**T**he Sentencing currently scheduled for December 5, 2016, at 8:30 a.m. is continued to **January 23, 2017, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **December 1, 2016**      */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE