**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE PASTOR MAGANA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:01-CR-05196-LJO |
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| JOSE PASTOR MAGANA, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Jose Magana, by and through his attorney Anthony P. Capozzi, hereby requests that Defendant's Sentencing Memorandum be filed under seal with copies being served upon the United States Attorney and Probation.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

///

Accordingly, it is requested that Defendant's Sentencing Memorandum be filed under seal with copies served upon the United States Attorney and Probation.

Respectfully submitted,

Dated:     January 19, 2017       By:  */s/Anthony P. Capozzi*
                                       ANTHONY P. CAPOZZI
                                       Attorney for JOSE PASTOR MAGANA

## ORDER

For reasons set forth above, the Defendants request to have the Sentencing Memorandum be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:  **January 19, 2017**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE